**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

GLOBAL MERCHANDISING SERVICES LTD.,

    Plaintiff,                                                           Case No.: 1:19-cv-03138

v.                                                                         Judge Gary Feinerman

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## SATISFACTION OF JUDGEMENT

WHEREAS, a judgment was entered in the above action on August 14, 2019 [48], in favor of Plaintiff and against the Defendants Identified in Amended Schedule A. Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following defendants:

| Def. No. | Def. Name |
|---|---|
| 172 | Angels Knight Store |
| 247 | Route 11's Store |

THEREFORE, full and complete satisfaction of said judgment as to the above identified defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

DATED: September 12, 2019

Respectfully submitted,

*Yi Bu*

Yi Bu (Bar No. 6328713)
JiangIP LLC
111 West Jackson Boulevard
Suite 1700
Chicago, Illinois 60604
Telephone: 312-675-6296
Email: ybu@jiangip.com

***ATTORNEY FOR PLAINTIFF***

Subscribed and sworn before me by Yi Bu, on this 12th day of September, 2019.

Given under by hand and notarial seal.

*Ollie B. Jones*

Notary Public

State of _Illinois_
County of _Cook_

OFFICIAL SEAL
OLLIE B. JONES
Notary Public - State of Illinois
My Commission Expires 4/07/2022