**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**


GLOBAL MERCHANDISING SERVICES LTD.,

     Plaintiff,                             Case No.: 1:19-cv-03138

v.                                     Judge Gary Feinerman

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on August 14, 2019 [48] in favor of Plaintiffs and against the Defendants Identified in Amended Schedule A. Plaintiffs acknowledge payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| NO. | DEFENDANT |
|---|---|
| 98 | ozcosplaymart |
| 169 | Altayskiy Store |

THEREFORE, full and complete satisfaction of said judgment as to above identified Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

DATED: September 17, 2019

Respectfully submitted,

Yanling Jiang (Bar No. 6309336)
JiangIP LLC
111 West Jackson Blvd.
Suite 1700
Chicago, Illinois 60604
Telephone: 312-675-6297
Email: yanling@jiangip.com

***ATTORNEY FOR PLAINTIFF***

Subscribed and sworn before me by Yanling Jiang, on this __17__ th day of September, 2019.

Given under by hand and notarial seal.

OFFICIAL SEAL
**OLLIE B. JONES**
Notary Public - State of Illinois
My Commission Expires 4/07/2022

Notary Public

State of __Illinois__
County of __COOK__