**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

GLOBAL MERCHANDISING SERVICES LTD.,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:19-cv-03138

Judge Gary Feinerman

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on August 14, 2019 [48] in favor of Plaintiffs and against the Defendants Identified in Amended Schedule A. Plaintiffs acknowledge payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| NO. | DEFENDANT |
|---|---|
| 19 | kefybuy |
| 20 | luckystore258 |

THEREFORE, full and complete satisfaction of said judgment as to above identified Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

DATED: October _____, 2019               Respectfully submitted,

_____

Yi Bu (Bar No. 6328713)

JiangIP LLC

233 South Wacker Drive, 84th Floor

Chicago, Illinois 60606

Telephone: 312-283-8091

Email: yanling@jiangip.com

***ATTORNEY FOR PLAINTIFF***

Subscribed and sworn before me by Yi Bu, on this \_\_\_\_\_th day of October, 2019. Given under by hand and notarial seal.

_____

Notary Public

State of _____

County of _____

DATED: December 11, 2019                Respectfully submitted,

_____

Yanling Jiang (Bar No. 6309336)
JiangIP LLC
111 West Jackson BLVD STE 1700
Chicago, IL 60604
Telephone: 312-675-6297
Email: yanling@jiangip.com
***ATTORNEY FOR PLAINTIFF***


Subscribed and sworn before me by Yanling Jiang, on this <u>11th</u> day of December, 2019.

Given under by hand and notarial seal.

MICHAEL SEVERT
Official Seal
Notary Public - State of Illinois
My Commission Expires Sep 11, 2023

_____
Michael Severt
Notary Public

State of _____ILLinois_____

County of _____Cook_____