# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

GLOBAL MERCHANDISING SERVICES LTD.,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:19-cv-03138

Judge Gary Feinerman

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on August 14, 2019 [48] in favor of Plaintiffs and against the Defendants Identified in Amended Schedule A. Plaintiffs acknowledge payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| NO. | DEFENDANT |
|---|---|
| 182 | buyworldonline Store |
| 170 | ALxpress Store |
| 168 | Aliexpressonline Store |
| 177 | Beautiful everyday Store |
| 198 | Fashion Jewelry Shop Store |
| 161 | 4Better Store |
| 223 | Lifeshop Store |
| 251 | Sellers Store |

THEREFORE, full and complete satisfaction of said judgment as to above identified Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

DATED: January __6th__, 2020                Respectfully submitted,

                                            _____
                                            Yanling Jiang (Bar No. 6309336)
                                            JiangIP LLC
                                            111 West Jackson Boulevard, Suite 1700
                                            Chicago, Illinois 60604
                                            Telephone: 312-675-6297
                                            E-mail: yanling@jiangip.com

                                            ***ATTORNEY FOR PLAINTIFF***

Subscribed and sworn before me by Yanling Jiang, on this __6__th day of January, 2020.

Given under by hand and notarial seal.

```
MICHAEL SEVERT
Official Seal
Notary Public - State of Illinois
My Commission Expires Sep 11, 2023
```

_____
Notary Public

State of ____IL____
County of ____Cook____